UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re Subpoena of Kenneth J. Correia | Misc. Case No. 16-50529 |
| | Sean F. Cox<br>United States District Court Judge |

_____

| | |
|---|---|
| Underlying Case: | |
| Jeff Looper, *et al.*, | United States District Court<br>Central District of California |
| Plaintiffs, | Case No. 5:14-CV-00700-VAP-DTG |
| v. | |
| FCA US LLC, f/k/a Chrysler Group, LLC, *et al.*, | |
| Defendants. | |

_____/

## ORDER ADOPTING
## 9/29/16  REPORT AND RECOMMENDATION

On September 29, 2016, Magistrate Judge Elizabeth Stafford issued a Report and Recommendation in this Miscellaneous Case (Docket Entry No. 17, "the R&R") wherein she recommends that this Court: 1) deny Kenneth Correia's motion to quash subpoena to produce documents and testify; and 2) deny without prejudice Kenneth Correia's motion for protective order.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after

1

being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby **ADOPTS** the September 29, 2016 R&R.

**IT IS FURTHER ORDERED** that: 1) Kenneth Correia's motion to quash is **DENIED**; 2) Kenneth Correia's motion for protective order is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: October 18, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 18, 2016, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager